# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brasel, Nancy E. | United States District Court, District of Minnesota | 05/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street
St Paul, Minnesota 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Honorary Director | Federal Bar Association - MN Chapter |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | MN State Retirement Fund (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brasel, Nancy E. | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brasel, Nancy E. | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brasel, Nancy E. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Wells Fargo (cash) | D | Interest | O | T | | | | | |
| 3. Pramata Corporation illiquid security | | None | M | U | | | | | |
| 4. Stinson Capital Account (cash) | D | Interest | N | T | | | | | |
| 5. Stinson Cash Balance Plan (cash) | D | Interest | N | T | | | | | |
| 6. Merrill Lynch Insured Deposits (cash) | C | Interest | | | Closed | 12/15/20 | M | | |
| 7. Baird FDIC Insured Multi-Bank (cash) | A | Interest | N | T | Open | 12/15/20 | N | | |
| 8. Merrill Lynch CIO Equity ETF US Income & Growth Portfolio | C | Dividend | | | Sold (part) | 03/10/20 | M | D | |
| 9. | | | | | Sold | 06/23/20 | N | F | |
| 10. Merrill Lynch CIO Equity ETF US Growth Portfolio | A | Dividend | | | Sold | 03/10/20 | N | E | |
| 11. Merrill Lynch Global Core Equity Portfolio | A | Dividend | | | Sold (part) | 03/06/20 | M | | |
| 12. | | | | | Sold (part) | 03/09/20 | K | | |
| 13. | | | | | Sold | 04/02/20 | K | | |
| 14. Merrill Lynch Municipal Bond Strategy Portfolio | E | Interest | O | T | | | | | |
| 15. Account #1 (H) | | | | | | | | | |
| 16. Baird FDIC Multi-Bank Deposit Account (cash) | A | Interest | N | T | Open | 12/15/20 | N | | |
| 17. American Capital World Growth & Income (CWGIX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brasel, Nancy E. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Account #2 (H) | | | | | | | | | |
| 19. Baird FDIC Multi-Bank Deposit Account (cash) | A | Interest | J | T | Open | 12/18/20 | J | | |
| 20. Delaware Value Fund Instl Cl (DDVIX) | D | Dividend | N | T | Buy | 04/07/20 | M | | |
| 21. | | | | | Buy (add'l) | 11/10/20 | K | | |
| 22. Fuller & Thaler Behavioral Small-Cap Eq Fd Instl (FTHSX) (X) | A | Dividend | K | T | | | | | |
| 23. Harbor Small Cap Value Instl Cl (HASCX) | A | Dividend | K | T | Buy | 04/07/20 | J | | |
| 24. Clearbridge Large Cap Growth Fund Cl I (SBLYX) | D | Dividend | M | T | Buy | 04/02/20 | J | | |
| 25. | | | | | Sold (part) | 11/10/20 | J | C | |
| 26. Loomis Sayles Growth Fund Cl Y (LSGRX) | D | Dividend | M | T | Buy | 04/02/20 | J | | |
| 27. | | | | | Sold (part) | 11/10/20 | J | C | |
| 28. Principal Mid Cap Fund Class I (PCBIX) | | None | L | T | Buy | 04/01/20 | J | | |
| 29. | | | | | Buy (add'l) | 04/02/20 | K | | |
| 30. | | | | | Sold (part) | 11/10/20 | J | B | |
| 31. Account #3 (H) | | | | | | | | | |
| 32. Baird FDIC Multi-Bank Deposit Account (cash) | A | Interest | J | T | Open | 12/16/20 | J | | |
| 33. Eaton Vance Atlanta Cap Select Equity Cl I (ESEIX) | | None | M | T | Buy | 06/23/20 | M | | |
| 34. Fuller & Thaler Behavioral Small Cap Equity Instl Cl (FTHSX) | A | Dividend | K | T | Buy | 06/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brasel, Nancy E. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Loomis Sayles Growth Cl Y (LSGRX) | D | Dividend | M | T | Buy | 06/23/20 | M | | |
| 36. Principal Mid Cap Instl Cl (PCBIX) | | None | K | T | Buy | 06/23/20 | J | | |
| 37. Western Asset Core Plus Bond Cl I (WACPX) | B | Dividend | M | T | Buy | 06/23/20 | M | | |
| 38. Account #4 (H) | | | | | | | | | |
| 39. American Beacon Small Cap Value Fund (AASRX) | A | Dividend | K | T | | | | | |
| 40. American Funds The Growth Fund of America Mutual Fund (AGTHX) | E | Dividend | N | T | | | | | |
| 41. Dodge & Cox International Stock Fund (DODFX) | D | Dividend | M | T | | | | | |
| 42. Frost Total Return Bond Fund (FAJEX) | D | Dividend | M | T | | | | | |
| 43. Invesco Diversified Dividend (DDFRX) | D | Dividend | N | T | | | | | |
| 44. Vanguard Explorer Fund (VEXPX) | B | Dividend | K | T | | | | | |
| 45. Vanguard Inst Index Fund (VIIIX) | B | Dividend | L | T | | | | | |
| 46. Vanguard Ints. Target Retirement 2035 Fund (VITFX) | D | Dividend | N | T | | | | | |
| 47. Vanguard Mid-Cap Index Fund Inst. Shares (VMCIX) | B | Dividend | L | T | | | | | |
| 48. Account #5 (H) | | | | | | | | | |
| 49. NextGen 529 FrankTemp Growth & Inc A | | None | L | T | | | | | |
| 50. Account #6 (H) | | | | | | | | | |
| 51. NextGen 529 FrankTemp Growth & Inc A | | None | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brasel, Nancy E. | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Nancy E. Brasel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544